# EXHIBIT 21

🇺🇸 An official website of the United States government  Here's how you know

## U.S. Department of Education

HOME  /  GRANTS AND PROGRAMS  /  TEACHER PREPARATION GRANTS

# Supporting Effective Educator Development Grant Program

**GRANT TYPE**

Discretionary grant

**OFFICE**

Office of Elementary and Secondary Education (OESE)

**ALN**

84.423A

**CONTACT**

Orman Feres
orman.feres@ED.gov
(202) 453-6921

## ELIGIBILITY

- For Profit Organizations
- Historically Black Colleges and Universities (HBCUs)
- Institutions of Higher Education (IHEs)
- Minority Serving Institutions (MSIs)
- Non-Profit Organizations
- Tribally Controlled Colleges and Universities (TCCUs)
- Consortia

## APPLICATION STATUS

Closed

## READY TO APPLY?

**Apply**

| HOME | ELIGIBILITY | RESOURCES FOR PROJECT EVALUATORS | AWARDS | FUNDING AND LEGISLATION | APPLICANT INFO |

The purpose of the SEED program is to increase the number of highly effective educators by supporting the implementation of Evidence-Based practices that prepare, develop, or enhance the skills of educators. These grants will allow eligible applicants to develop, expand, and evaluate practices that can serve as models to be sustained and disseminated. The SEED program also encourages the use of rigorous evidence in selecting and implementing interventions to support educators' development across the continuum of their careers. For a quick overview of the SEED program, please view our SEED - Program at A Glance.

**Office of Elementary and Secondary Education (OESE)**

Page Last Reviewed: January 14, 2025

## Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

### News

Press Releases

Homeroom Blog

Subscriptions

### Site Notices and Privacy Policies

Accessibility Support

### ED Archive

## U.S. Department of Education

      

ES

### Contact Us
1-800-USA-LEARN



www.ed.gov

**An official website of the Department of Education**

| [About Dept of Education](#) | [Accessibility Support](#) | [No FEAR Act data](#) | [Office of the Inspector General](#) |
|---|---|---|---|
| [Performance reports](#) | [FOIA](#) | [Privacy Policy](#) | [ED Archive](#) |

Looking for U.S. government information and services? **Visit USA.gov**