AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of California et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10548-MJJ |
| U.S Department of Education et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/07/2025

/s/ Michael L. Fitzgerald
*Attorney's signature*

Michael L. Fitzgerald
*Printed name and bar number*

U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
*Address*

michael.fitzgerald2@usdoj.gov
*E-mail address*

(617) 748-3266
*Telephone number*

*FAX number*