## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA;
COMMONWEALTH OF
MASSACHUSETTS; STATE OF NEW
JERSEY; STATE OF COLORADO; STATE
OF ILLINOIS; STATE OF MARYLAND;
STATE OF NEW YORK; and STATE OF
WISCONSIN,

        Plaintiffs,

           v.

U.S. DEPARTMENT OF EDUCATION;
DENISE CARTER, in her official capacity as
former Acting Secretary of Education and
current acting Chief Operating Officer, Federal
Student Aid; LINDA MCMAHON, in her
official capacity as Secretary of Education,

        Defendants.

Case No. 1:25-cv-10548

## JOINT SUBMISSION REGARDING PRELIMINARY INJUNCTION BRIEFING SCHEDULE

Pursuant to the Court's Order of March 10, 2025 (Doc. No. 41 at 10), Plaintiff States of California, Massachusetts, New Jersey, Colorado, Illinois, Maryland, New York, and Wisconsin ("Plaintiff States") and Defendants U.S. Department of Education, Denise Carter, and Linda McMahon ("Defendants") (collectively, "the Parties") conferred regarding a joint briefing schedule but were unable to reach agreement. By and through their counsel, the Parties hereby set forth their respective positions regarding a briefing schedule for Plaintiffs' request for Preliminary Injunction:

**Plaintiffs' Position:**

The Plaintiff States conferred with counsel for Defendants and noted their willingness to agree to a longer briefing schedule, provided Defendants consented to extend the TRO until the Court entered a decision on the preliminary injunction motion, even if that decision were to come after the 28-day period provided for in Fed. R. Civ. P. 65. However, Defendants refused to do so, leaving the Plaintiff States with no choice but to propose the following briefing schedule, in order to allow the Court time to decide the preliminary injunction within the 28-days provided for by Fed. R. Civ. P. 65, to ensure continuity of the TRO and prevent further harm to the Plaintiff States:

1. Plaintiff States' Motion for Temporary Restraining Order (Doc. No. 2) and Memorandum in Support (Doc. No. 7) shall be treated as a Motion for Preliminary Injunction;

2. Defendants shall have until Monday March 17, 2025, to file a Memorandum in Opposition to Plaintiff States' Motion for Preliminary Injunction;

3. Plaintiff States shall have until Friday March 21, 2025, to file a Reply in support of their Motion for Preliminary Injunction;

4. Plaintiff States ask that the Court renew the TRO for an additional 14 days on March 24, 2025;

5. Plaintiffs respectfully request that the Court set an expeditious hearing on the requested Preliminary Injunction during the week of March 24-28, 2025 and that the Court issue a decision on or before the maximum period for the TRO, which concludes on April 7, 2025.

6. Good cause warrants a short extension of the Temporary Restraining Order, entered on March 10, 2025 (Doc. No. 41), beyond the fourteen day (14-day) period set forth in the Order until the Court rules on the preliminary injunction, based on the complexity of the issues, the number of parties, and to ensure that the status quo is maintained while this

matter is expeditiously litigated. *Almeida-Leon v. WM Cap. Mgmt., Inc.*, No. 20-2089, 2024 WL 2904077, at \*5 (1st Cir. June 10, 2024); Fed. R. Civ. P. 65(b)(2) (permitting extension of 14-day period for good cause or by consent of adverse party).

**Defendants' Position:**

Defendants respectfully propose the following briefing schedule on Plaintiffs' request for a preliminary injunction.

1. Plaintiff States' Motion for Temporary Restraining Order (Doc. No. 2) and Memorandum in Support (Doc. No. 7) shall be treated as a Motion for Preliminary Injunction;

2. Defendants shall have until March 21, 2025, to file a Memorandum in Opposition to Plaintiff States' Motion for Preliminary Injunction;

3. Plaintiff States shall have until March 28, 2025, to file a Reply in support of their Motion for Preliminary Injunction.

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*
*Deputy Attorneys General*
Maureen Onyeagbako*
*Supervising Deputy Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Garrett.Lindsey@doj.ca.gov
Maureen.Onyeagbako@doj.ca.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO #713519)
Matthew Lindberg (BBO #633630)
*Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov
chris.pappavaselio2@mass.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*
*Civil Rights Bureau Chief*
Monica Hanna*
Rabia Muqaddam*
*Special Counsels*
Alex Finkelstein*
Wil Handley*
Kathryn Meyer*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8250
sandra.park@ag.ny.gov

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us

\*admitted *pro hac vice*
†motion for admission *pro hac vice* forthcoming

5

**On Behalf of Defendants,**

**U.S. DEPARTMENT OF EDUCATION,**
**DENISE CARTER, and LINDA MCMAHON,**

*s/ Michael Fitzgerald*
Michael L. Fitzgerald (BBO# 697568)
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
Michael.Fitzgerald2@usdoj.gov

## CERTIFICATE OF SERVICE

I, Adelaide Pagano, hereby certify, that on March 11, 2025, a copy of the foregoing Joint Submission regarding Preliminary Injunction Briefing Schedule was served on counsel for Defendants via CM/ECF.

_s/ Adelaide Pagano_

Adelaide Pagano