UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.** )<br>**Plaintiffs** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF** )<br>**EDUCATION, et al.** )<br>**Defendants** ) | Civil Action No. 25-10548-MJJ |

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Joun, J.) March 10, 2025 <u>Memorandum and Order</u>, ECF No. 41 (docketed on March 10, 2025).

                                           Respectfully submitted,

                                           LEAH B. FOLEY
                                           United States Attorney

                     By:   <u>*/s/ Michael L. Fitzgerald*</u>
                               Michael L. Fitzgerald
                               Assistant U.S. Attorney

1

<u>Certificate of Service</u>

      I hereby certify that on March 11, 2025, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Michael L. Fitzgerald*
                                                Michael L. Fitzgerald
                                                Assistant U.S. Attorney