UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>et al.,<br><br>    Defendants. | Civil Action No. 25-10548-MJJ |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's March 10, 2025 order, Doc. No. 41 (the "Order"), Defendants respectfully submit the following status report.

1. Following entry of the Order last evening at 10:46pm EDT, the Department of Education provided notice of the Order to all Department employees and individuals working on the Department's behalf who are involved with grants awarded under the Teacher Quality Partnership (TQP) Program and the Supporting Effective Educator Development (SEED) Grant Program.  The Department also provided notice of the Order to the TQP and SEED grant recipients in the Plaintiff States who previously received the termination letters at issue in this case.

2. In addition, the Department removed the termination status of all TQP and SEED grant recipients in the Plaintiff States who previously received the termination letters at issue in this case and restored such grant recipients to their prior status.

3. Defendants also respectfully notify the Court that, in addition to taking the foregoing steps to ensure compliance with the Order, Defendants anticipate seeking emergency relief from the Order in this Court and the United States Court of Appeals for the First Circuit.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 11, 2025          By:     */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

Dated: March 11, 2025