# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of California et al v. U.S Department of Education et al

District Court Number: 25cv10548-MJJ

Fee: Paid? Yes ____ No ____  Government filer _X_  *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_  
If yes, document # _____

Sealed documents    Yes ____ No _X_  
If yes, document # _____

*Ex parte* documents    Yes ____ No _X_  
If yes, document # _____

Transcripts    Yes ____ No _X_  
If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

### #41 Memorandum and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #41 and #48

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __48__ filed on _March 11, 2025_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __March 12, 2025__.

**ROBERT M. FARRELL**  
Clerk of Court

/s/Matthew A. Paine  
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**