IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>U.S. DEP'T OF EDUCATION, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-10548-MJJ |

## DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL

Defendants respectfully move for a stay pending appeal of the Court's March 10, 2025 order, ECF No. 41, for the reasons set forth in the accompanying memorandum of law.

Dated: March 12, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

/s/ *Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
*Assistant U.S. Attorney*
U.S. Department of Justice
U.S. Attorney's Office for the District of Massachusetts
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Counsel for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

      I certify that I conferred with counsel for the Plaintiffs, and that the parties were unable to resolve or narrow the issues presented by this motion. Plaintiffs oppose this motion.

                                        */s/ Michael L. Fitzgerald*
                                        MICHAEL L. FITZGERALD
                                        Assistant U.S. Attorney

Dated: March 12, 2025

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Michael L. Fitzgerald*
                                        MICHAEL L. FITZGERALD
                                        Assistant U.S. Attorney

Dated: March 12, 2025