UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | Civil Action No. 25-10548-MJJ |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs and Defendants respectfully request leave to file memoranda exceeding the page limits set by Local Rule 7.1. Specifically, Defendants request that the Court enlarge the page limit for their opposition to Plaintiffs' motion for a preliminary injunction to 30 pages, and Plaintiffs request that the Court set the page limit for their reply at 15 pages. As support for this motion, the parties state as follows.

1. On March 6, 2025, Plaintiffs filed, with leave of the Court, a 30-page memorandum in support of their motion for a temporary restraining order, Doc. No. 7, which the Court subsequently converted into a motion for a preliminary injunction, Doc. No. 52.

2. On March 12, 2025, the Court issued a briefing schedule, setting the deadline for Defendants' opposition to Plaintiffs' motion for a preliminary injunction as March 17, 2025, and the deadline for Plaintiffs' reply as March 21, 2025.

3. Given the length of Plaintiffs' opening memorandum and the nature of this case, the parties respectfully request a modest enlargement of the page limits set forth in Local Rule 7.1 to better assist the Court in its disposition of Plaintiffs' motion for a preliminary injunction.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court allow this motion, permit Defendants to file a memorandum in opposition up to 30 pages in length, and permit Plaintiffs to file a reply memorandum up to 15 pages in length.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 17, 2025   By:   */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

*Counsel for Defendants*

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*
*Deputy Attorneys General*
Maureen Onyeagbako*
*Supervising Deputy Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Garrett.Lindsey@doj.ca.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO #713519)
Matthew Lindberg (BBO #633630)
*Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov

Maureen.Onyeagbako@doj.ca.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

chris.pappavaselio2@mass.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*

3

| | |
|---|---|
| *Civil Rights Bureau Chief* <br> Monica Hanna* <br> Rabia Muqaddam* <br> *Special Counsels* <br> Alex Finkelstein* <br> Wil Handley* <br> Kathryn Meyer* <br> *Assistant Attorneys General* <br> 28 Liberty Street <br> New York, New York 10005 <br> (212) 416-8250 <br> sandra.park@ag.ny.gov | *Assistant Attorney General* <br> 17 West Main Street <br> Post Office Box 7857 <br> Madison, Wisconsin 53707-7857 <br> (608) 266-0810 <br> bibbaj@doj.state.wi.us |

*Counsel for Plaintiff States*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

Dated:  March 17, 2025

4