UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid; LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>      Defendants. | Case No. 1:25-cv-10548 |

**PLAINTIFF STATES' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

The Temporary Restraining Order ("TRO") entered by the Court on March 10, 2025, is currently set to expire on March 24, 2025. The hearing on Plaintiff States' motion for a preliminary injunction is scheduled for March 28, 2025. Plaintiff States respectfully request that this Court extend for good cause the duration of the TRO for seven days, up to and including March 31, 2025, to allow the Court time to rule on the preliminary injunction motion before the TRO expires. *See, e.g.*, *Almeida-Leon v. WM Cap. Mgmt., Inc.*, No. 20-2089, 2024 WL 2904077, at *5 (1st Cir. June 10, 2024); Fed. R. Civ. P. 65(b)(2) (permitting extension of 14-day period for good cause). Should the Court require more time to rule on the preliminary injunction motion, Plaintiff States request that it extend the duration of the TRO until the date of the Court's order

1

on that motion—but no later than April 7, 2025, fourteen days beyond the current expiration date for the TRO as contemplated by Federal Rule of Civil Procedure 65(b)(2).

Good cause exists due to the complexity of the suit, the number of parties involved, the intense and wide-reaching harm to Plaintiffs caused in the absence of injunctive relief, and the expedited schedule already ordered by the Court to reach a determination on a preliminary injunction in the near future. Specifically, the Court has already implemented an accelerated briefing schedule, converting Plaintiffs' Motion for a Temporary Restraining Order into a Motion for a Preliminary Injunction and issuing deadlines of March 17, 2025, for Defendants' Opposition, and March 21, 2025, for Plaintiffs' Reply, with a hearing on March 28, 2025. *See* Doc. No. 52. Extending the TRO for seven days, or until the court issues a ruling on the preliminary injunction motion—but no later than fourteen days beyond the current expiration date—would maintain the status quo while this matter is expeditiously litigated, thereby obviating the "substantial risk that the States and its citizens will face a significant disruption in health, education, and other public services that are integral to their daily lives" that would occur should the TRO lapse before the Court resolves the motion for a preliminary injunction. Doc. No. 41 at 9 (internal quotation omitted).

WHEREFORE, Plaintiff States respectfully request that the Court extend the TRO for seven days, up to and including March 31, 2025, or until the Court issues a decision on Plaintiff's Motion for a Preliminary Injunction, but no later than April 7, 2025, in accordance with the fourteen day extension for good cause contemplated under Rule 65(b)(2).

Dated: March 21, 2025                                                                                 Respectfully submitted,

| | |
|---|---|
| **ROB BONTA**<br>Attorney General<br>State of California<br><br>By: */s/ Alexis Piazza*<br>Laura L. Faer*<br>*Supervising Deputy Attorney General*<br>Alexis Piazza*<br>Heidi Joya*<br>Garrett Lindsey*<br>Dennis Ojogho*<br>*Deputy Attorneys General*<br>Michael L. Newman*<br>*Senior Assistant Attorney General*<br>1515 Clay St.<br>Oakland, CA 94612<br>(510) 879-3304<br>Laura.Faer@doj.ca.gov<br>Alexis.Piazza@doj.ca.gov<br>Heidi.Joya@doj.ca.gov<br>Michael.Newman@doj.ca.gov<br>Garrett.Lindsey@doj.ca.gov<br>Dennis.Ojogho@doj.ca.gov | **ANDREA JOY CAMPBELL**<br>Attorney General<br>Commonwealth of Massachusetts<br><br>By: */s/ Adelaide Pagano*<br>Megan Barriger (BBO #687707)<br>*Senior Trial Counsel*<br>Adelaide Pagano (BBO #690518)<br>*Assistant Attorney General*<br>Yael Shavit (BBO #695333)<br>*Chief, Consumer Protection Division*<br>Chris Pappavaselio (BBO #713519)<br>Matthew Lindberg (BBO #633630)<br>*Assistant Attorneys General*<br>1 Ashburton Pl.<br>Boston, MA 02108<br>(617) 963-2038<br>megan.barriger@mass.gov<br>adelaide.pagano@mass.gov<br>yael.shavit@mass.gov<br>chris.pappavaselio2@mass.gov |
| **MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: */s/ Amanda I. Morejón*<br>Amanda I. Morejón (BBO #696737)<br>Jessica L. Palmer*<br>Lauren E. Van Driesen*<br>Elizabeth R. Walsh*<br>*Deputy Attorneys General*<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 696-5279<br>Amanda.Morejon@law.njoag.gov<br>Jessica.Palmer@law.njoag.gov<br>Lauren.VanDriesen@law.njoag.gov<br>Elizabeth.Walsh@law.njoag.gov | **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>By: */s/ David Moskowitz*<br>David Moskowitz*<br>*Deputy Solicitor General*<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>David.Moskowitz@coag.gov |

| | |
|---|---|
| **KWAME RAOUL** <br> Attorney General <br> State of Illinois <br><br> By: */s/ Darren Kinkead* <br> Darren Kinkead* <br> *Public Interest Counsel* <br> 115 South LaSalle Street <br> Chicago, IL 60603 <br> (773) 590-6967 <br> Darren.Kinkead@ilag.gov | **ANTHONY G. BROWN** <br> Attorney General <br> State of Maryland <br><br> By: */s/ Virginia A. Williamson* <br> Virginia A. Williamson† <br> *Assistant Attorney General* <br> 200 Saint Paul Place, 20th Floor <br> Baltimore, Maryland 21202 <br> (410) 576-6584 <br> VWilliamson@oag.state.md.us |
| **LETITIA JAMES** <br> Attorney General <br> State of New York <br><br> By: */s/ Sandra Park* <br> Sandra Park* <br> *Civil Rights Bureau Chief* <br> Monica Hanna* <br> Rabia Muqaddam* <br> *Special Counsels* <br> Alex Finkelstein* <br> Wil Handley* <br> Kathryn Meyer* <br> *Assistant Attorneys General* <br> 28 Liberty Street <br> New York, New York 10005 <br> (212) 416-8250 <br> sandra.park@ag.ny.gov | **JOSHUA L. KAUL** <br> Attorney General <br> State of Wisconsin <br><br> By: */s/ Aaron J. Bibb* <br> Aaron J. Bibb* <br> *Assistant Attorney General* <br> 17 West Main Street <br> Post Office Box 7857 <br> Madison, Wisconsin 53707-7857 <br> (608) 266-0810 <br> bibbaj@doj.state.wi.us |

\*admitted *pro hac vice*
†motion for admission *pro hac vice* forthcoming

## **LOCAL RULE 7.1 CERTIFICATE**

I, Adelaide Pagano, certify that on March 21, 2025, at 2:18 pm, I contacted counsel for Defendants by electronic mail to provide notice of this motion. Counsel acknowledged receipt.

/s/ Adelaide Pagano
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*

Dated: March 21, 2025

## **CERTIFICATE OF SERVICE**

I, Adelaide Pagano, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:

        /s/ Adelaide Pagano
        Adelaide Pagano (BBO #690518)
        *Assistant Attorney General*

Dated: March 21, 2025