# EXHIBIT 25

**PR Award #:** S336S220012
**Coppin State University**
2500 W. North Ave
Baltimore, MD   21216
**Program Contact Information**:
Yi Haung,
410.951.3020,
yhaung@coppin.edu
**Absolute Priority**: Absolute Priority 1
**Competitive Preference Priorities**: CPP 1-4

**Project Title**: PATHWAYS TO PROFESSIONS: BUILDING A PROMISING FUTURE FOR TEACHER DIVERSITY AND STUDENT SUCCESS

**Project Description**: The Pathways to Professions (P2P) aims to build capacities for preparing and sustaining a diverse educational force for inclusive excellence. The career-wide pathways to professions are designed to increase access, improve effectiveness, and accelerate career advancement for aspiring and new teachers; while at the same time bridging opportunity and achievement gaps for P-12 student success in high-need urban and rural schools. The P2P will impact a total of 250 aspiring and new teachers and 6250 P-12 students in four school districts in Designated Qualified Opportunity Zones in urban and rural Maryland. The goals are: 1. Connected Ecosystems for Capacity and Linkage Building (Goal 1). The P2P will connect educational and employment ecosystems to provide full-spectrum services from preprofessional preparation to career advancement. ▪ Inclusive Services for Career-Wide Success. Comprehensive inclusive services will be provided in areas of educational, social-emotional, and career advancement. ▪ Networked Improvement Communities for Sustained Engagement. Sustained networking among teachers and leaders will be provided to promote retention and career advancement. 2. Connected Learning for Career Readiness (Goal 2). The P2P will implement high-impact interventions for aspiring teachers to ensure mastery of core competencies. Micro Credentials for Career Readiness. Comprehensive theory-to-action activities will include guided practices, sustained coaching, and evidence-based demonstration. Micro Residencies for Student Success. Multiple micro-immersion experiences through rural-urban rotations will focus on culturally responsive practices. 3. Connected Pathways for Career Advancement (Goal 3). The P2P will implement high impact teacher induction to improve teaching effectiveness and career success. Micro Credentials for Career Advancement. Comprehensive theory-to-action activities will include demonstrated mastery of specialized instructional leadership competencies. Micro Residencies for Inclusive Excellence. Multiple micro-immersion experiences through rural-urban rotations will focus on teacher leadership in culturally sustaining practices.

**Project Expected Outcomes**: The rigorous research-based design, competency-based assessment, and evidence-based evaluation will include quantitative and qualitative evidence documenting program efficacy and impact. The model design and key interventions are informed by current knowledge and extensive research conducted through active Teacher Quality Partnership federal grants and the Center of Educational Excellence for Black Teachers federal grant (Huang, 2016, 2019, 2022). The P2P team will share processes and strategies, particularly among IHEs and LEAs serving high-need communities. The expected findings demonstrating P2P's systemic approach and positive impact will help establish a national model in building a promising future for teacher diversity and student success.

**Project Partners**: Key partners include Coppin State University, Salisbury University, Baltimore City Public Schools, Dorchester County Public Schools, Somerset County Public Schools, Wicomico County Public Schools, and Rockman et al. as external evaluator.