UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>      Defendants. | Civil Action No. 25-10548-MJJ |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully provide the Court notice of the decision issued by the United States Supreme Court today, *California v. Department of Education*, 604 U. S. ____ (2025) (per curiam), attached hereto as Exhibit A. The Supreme Court's decision stays the March 10, 2025 order (ECF 41) and March 24, 2025 extension (ECF 79) of this Court pending the disposition of the appeal in the United States Court of Appeals for the First Circuit, No. 25-01244, and disposition of a petition for a writ of certiorari, if such a writ is timely sought.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 4, 2025    By:    */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

Dated: April 4, 2025