UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education; and LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>Defendants. | Case No. 1:25-cv-10548 |

## PLAINTIFF STATES' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL FILING

In light of the Supreme Court's decision today, Plaintiff States respectfully request permission to submit a supplemental filing by no later than Thursday, April 10, 2025, addressing the matters raised by the Supreme Court's decision.

Dated: April 4, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: /s/ *Megan Barriger*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO # 695333)

1

*Deputy Attorneys General*
Maureen Onyeagbako*
*Supervising Deputy Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Garrett.Lindsey@doj.ca.gov
Maureen.Onyeagbako@doj.ca.gov


**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Amanda I. Morejón*
Amanda I. Morejón (BBO# 696737)
*Deputy Attorney General*
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO # 713519)
*Assistant Attorney General*
Matthew Lindberg (BBO# 633630)
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov
chris.pappavaselio2@mass.gov


**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

| | |
|---|---|
| **KWAME RAOUL** <br> Attorney General <br> State of Illinois <br><br> /s/ Darren Kinkead <br> Darren Kinkead* <br> *Public Interest Counsel* <br> 115 South LaSalle Street <br> Chicago, IL 60603 <br> (773) 590-6967 <br> Darren.Kinkead@ilag.gov | **ANTHONY G. BROWN** <br> Attorney General <br> State of Maryland <br><br> By: /s/ Virginia A. Williamson <br> Virginia A. Williamson* <br> *Assistant Attorney General* <br> 200 Saint Paul Place, 20th Floor <br> Baltimore, Maryland 21202 <br> 410-576-6584 <br> VWilliamson@oag.state.md.us |
| **LETITIA JAMES** <br> Attorney General <br> State of New York <br><br> By: /s/Sandra Park <br> Sandra Park* <br> *Civil Rights Bureau Chief* <br> Monica Hanna* <br> Rabia Muqaddam* <br> *Special Counsels* <br> Alex Finkelstein* <br> Wil Handley* <br> Kathryn Meyer* <br> *Assistant Attorneys General* <br> 28 Liberty Street <br> New York, New York 10005 <br> (212) 416-8250 <br> sandra.park@ag.ny.gov | **JOSHUA L. KAUL** <br> Attorney General <br> State of Wisconsin <br><br> /s/ Aaron J. Bibb <br> Aaron J. Bibb* <br> *Assistant Attorney General* <br> 17 West Main Street <br> Post Office Box 7857 <br> Madison, Wisconsin 53707-7857 <br> (608) 266-0810 <br> bibbaj@doj.state.wi.us |

*admitted pro hac vice

†motion for admission pro hac vice forthcoming

## **LOCAL RULE 7.1 CERTIFICATE**

      I, Megan Barriger certify that on April 4, 2025, I contacted counsel for Defendants, Michael Fitzgerald, by telephone. Defendants were unable to provide their position on this Motion prior to filing.

                                        */s/ Megan Barriger*
                                        Megan Barriger (BBO #687707)
                                        *Assistant Attorney General*

Dated: April 4, 2025

## CERTIFICATE OF SERVICE

Counsel for Plaintiff States certify that they have submitted the foregoing document with the clerk of court of the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff States hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan Barriger*
　　　　　　　　　　　　　　　　　　　　　　Megan Barriger (BBO #687707)
　　　　　　　　　　　　　　　　　　　　　　*Assistant Attorney General*

Dated: April 4, 2025