UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid; LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>    Defendants. | Case No. 1:25-cv-10548 |

**PLAINTIFF STATES' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff States submit this notice of withdrawal of the pending motion for a preliminary injunction.

On April 4, 2025 in a 5-4 decision, the Supreme Court construed this Court's March 10 temporary restraining order "as an appealable preliminary injunction" and stayed the order pending disposition of the pending appeal. *Dep't of Educ. v. California*, No. 24A910, slip op. at 1 (per curiam); *see id.* at 3. The majority's brief per curiam opinion concluded that "the Government is likely to succeed in showing the District Court lacked jurisdiction" under the particular circumstances of this case, *id.* at 1-2, and that "the remaining stay factors" also favored a stay based on case-specific considerations, *id.* at 3. It did not purport to be a final ruling on

1

defendants' jurisdictional argument—or on any other issue in this case. *See generally Labrador v. Poe*, 144 S. Ct. 921, 928-929 (2024) (Kavanaugh, J., concurring in the grant of a stay) (distinguishing a ruling on an emergency stay application from "a final merits ruling").

Plaintiff States respectfully disagree with the analysis in the per curiam opinion. *See, e.g.*, *Dep't of Educ. v. California*, dissenting op. of Kagan, J., at 1 (noting that the majority's jurisdictional analysis "relies exclusively on *Great-West Life & Annuity Ins. Co v. Knudson*, 534 U.S. 204 (2002)," a case that "was *not* brought under the APA, as the Court took care to note"); *id.* (observing that, "contra the *per curiam*, the respondent States have consistently represented that the loss of these grants will force them—indeed, has already forced them—to curtail teacher training programs"). Nevertheless, in the context of what it viewed as a preliminary injunction appeal, a majority of the Supreme Court has granted a stay based on its preliminary assessment of defendants' jurisdictional argument in this case and its view of the equitable considerations here. In light of that ruling, Plaintiff States hereby withdraw their pending motion for a preliminary injunction.

This withdrawal should not be construed to concede any of the legal or factual issues in this case.[1] Counsel for Plaintiff States will meet and confer with counsel for defendants regarding the most efficient path forward for this litigation and will update this Court in due course.

Dated: April 8, 2025

---

[1] Each Plaintiff reserves all rights to seek relief as may be appropriate or necessary.

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*
*Deputy Attorneys General*
Maureen Onyeagbako*
*Supervising Deputy Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Garrett.Lindsey@doj.ca.gov
Maureen.Onyeagbako@doj.ca.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: /s/ *Adelaide Pagano*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO #713519)
Matthew Lindberg (BBO #633630)
*Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov
chris.pappavaselio2@mass.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead\*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park\*
*Civil Rights Bureau Chief*
Monica Hanna\*
Rabia Muqaddam\*
*Special Counsels*
Alex Finkelstein\*
Wil Handley\*
Kathryn Meyer\*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8250
sandra.park@ag.ny.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson\*
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb\*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us

\*admitted *pro hac vice*

5

## CERTIFICATE OF SERVICE

I, Adelaide Pagano, certify that on April 8, 2025, I provided a copy of the forgoing document to counsel for the Defendants via CM/ECF.

/s/ Adelaide Pagano
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*