UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-10548-MJJ |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendants respectfully request leave to modify the briefing schedule set by Local Rule 7.1 and the Court's Standing Order on Defendants' Motion to Dismiss (Dkt. No. 101). Specifically, Plaintiffs request the Court extend Plaintiffs' deadline to file their memorandum in support of their opposition to Defendants' Motion to Dismiss from May 27, 2025 to June 3, 2025. Similarly, Defendants' request the Court extend Defendants' deadline to file their reply from June 10, 2025 to June 17, 2025.  Given the nature of this case and some conflicts for counsel during the current briefing schedule, the parties respectfully request this modest extension of the time limits set forth in Local Rule 7.1 and the Court's Standing Order to allow the parties to complete briefing that will best assist the Court in its disposition of Defendants' motion.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court grant this joint motion extending Plaintiffs' deadline to file their memorandum in support of their opposition from May 27, 2025 to June 3, 2025 and Defendants' deadline to file their reply from June 10, 2025 to June 17, 2025.

 Dated:  May 13, 2025　　　　　　　　　　　　　　　　Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*
Dennis Ojogho*
*Deputy Attorneys General*
Michael L. Newman*
*Senior Assistant Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Michael.Newman@doj.ca.gov
Garrett.Lindsey@doj.ca.gov
Dennis.Ojogho@doj.ca.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO #713519)
Matthew Lindberg (BBO #633630)
*Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov
chris.pappavaselio2@mass.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*
*Civil Rights Bureau Chief*
Monica Hanna*
Rabia Muqaddam*
Special Counsels
Alex Finkelstein*
Wil Handley*
Kathryn Meyer*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8250
sandra.park@ag.ny.gov

*\*admitted pro hac vice*

*Counsel for Plaintiff States*

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us


LEAH B. FOLEY
United States Attorney

By: */s Michael Fitzgerald*

MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                            */s/Adelaide Pagano*
                                                            Adelaide Pagano (BBO# 690518)
                                                            *Assistant Attorney General*

Dated: May 13, 2025