UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid; LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>    Defendants. | Case No. 1:25-cv-10548 |

**PLAINTIFFS' SUPPLEMENT IN SUPPORT OF
REQUEST FOR PRODUCTION OF ADMINISTRATIVE RECORD**

As set forth in the Parties' prior submission (Doc. No. 93), Plaintiff States continue to believe that prompt production of the administrative record in this matter is critical to resolving the jurisdictional arguments raised by Defendants' Motion to Dismiss (Doc. No. 101). The Court previously indicated it would revisit this issue after the Motion to Dismiss was filed. *See* Doc. No. 94. The contents of the Motion only reaffirm Plaintiff States' belief that production of the administrative record on an expedited basis is warranted. *See, e.g.*, Doc. No. 102 at 4 (acknowledging February 5, 2025 agency directive issued by Defendant Carter to eliminate grants that engage in "DEI" that is "contrary … to the Department's policy objectives," where

1

grants at issue were terminated in furtherance of that directive). The administrative record will elucidate the nature of the unlawful agency action at issue here and demonstrate the extent to which this case turns on that action, rather than the grant agreements themselves as Defendants argue.

Furthermore, Defendants have since agreed to produce the administrative record by May 19, 2025, in the parallel action, *Am. Ass'n of Colleges for Tchr. Educ. v. McMahon* ("*AACTE*"), No. 1:25-CV-00702-JRR, (D. Md.), Doc. No. 55 (attached hereto as Ex. A). It would pose no additional burden on Defendants to produce the identical record in this action by the same date that they have already committed to doing so in the *AACTE* case. This fact further counsels in favor of ordering production of the administrative record in this case by the same date, May 19, 2025.

For these reasons, this Court should now order production of the administrative record without delay and no later than May 19, 2025.[1]

---

[1] Plaintiffs conferred with counsel for Defendants by phone on May 13, 2025, regarding production of the administrative record. Defendants maintain their position that production of the administrative record is unnecessary for disposition of the Motion to Dismiss and reserve their right to file a further supplement in support of their position.

2

Dated: May 14, 2025							Respectfully submitted,

| | |
|---|---|
| **ROB BONTA** <br> Attorney General <br> State of California <br><br> By: */s/ Alexis Piazza* <br> Laura L. Faer* <br> *Supervising Deputy Attorney General* <br> Alexis Piazza* <br> Heidi Joya* <br> Garrett Lindsey* <br> Dennis Ojogho* <br> *Deputy Attorneys General* <br> Michael L. Newman* <br> *Senior Assistant Attorney General* <br> 1515 Clay St. <br> Oakland, CA 94612 <br> (510) 879-3304 <br> Laura.Faer@doj.ca.gov <br> Alexis.Piazza@doj.ca.gov <br> Heidi.Joya@doj.ca.gov <br> Michael.Newman@doj.ca.gov <br> Garrett.Lindsey@doj.ca.gov <br> Dennis.Ojogho@doj.ca.gov | **ANDREA JOY CAMPBELL** <br> Attorney General <br> Commonwealth of Massachusetts <br><br> By: */s/ Adelaide Pagano* <br> Megan Barriger (BBO #687707) <br> *Senior Trial Counsel* <br> Adelaide Pagano (BBO #690518) <br> *Assistant Attorney General* <br> Yael Shavit (BBO #695333) <br> *Chief, Consumer Protection Division* <br> Chris Pappavaselio (BBO #713519) <br> Matthew Lindberg (BBO #633630) <br> *Assistant Attorneys General* <br> 1 Ashburton Pl. <br> Boston, MA 02108 <br> (617) 963-2038 <br> megan.barriger@mass.gov <br> adelaide.pagano@mass.gov <br> yael.shavit@mass.gov <br> chris.pappavaselio2@mass.gov |

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*
*Civil Rights Bureau Chief*
Monica Hanna*
Rabia Muqaddam*
*Special Counsels*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857

4

Alex Finkelstein*  
Wil Handley*  
Kathryn Meyer*  
*Assistant Attorneys General*  
28 Liberty Street  
New York, New York 10005  
(212) 416-8250  
sandra.park@ag.ny.gov  

(608) 266-0810  
bibbaj@doj.state.wi.us  

    *admitted *pro hac vice*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                                         */s/Adelaide Pagano*
                                                                                         Adelaide Pagano (BBO# 690518)
                                                                                         *Assistant Attorney General*

Dated: May 14, 2025