# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON,<br>AS SECRETARY OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00702-JRR |

## JOINT NOTICE

Plaintiffs American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education (collectively, "Plaintiffs"), and Linda McMahon, in her official capacity as Acting Secretary of Education, the United States Department of Education (the "Department"), and Donald Trump, in his official capacity as President of the United States, (collectively, "Defendants," and collectively with Plaintiffs, the "Parties"), through undersigned counsel, wish to notify the Court that the Parties have conferred and reached the following agreements:

1. Defendants do not oppose Plaintiffs' pending Rule 60(b) Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Under Rule 62.1. (ECF No. 52).

2. The Parties agree to extend the deadline for the filing of Defendants' response to the Complaint from May 5, 2025 to May 30, 2025.

3. The Parties agree Defendants will produce the administrative record in this case on or before May 19, 2025.

1

Dated: May 2, 2025                                                         Respectfully Submitted,

/s/ Molissa H. Farber                                                      /s/ Joshua W.B. Richards
Molissa H. Farber (Bar No. 802255)                          Joshua W.B. Richards (*Admitted Pro Hac Vice*)
Megan Micco                                                                Carolyn M. Toll (*Admitted Pro Hac Vice*)
Assistant U.S. Attorney                                                  SAUL EWING LLP
U.S. Attorney's Office, District of Maryland            1500 Market Street, 38th Floor
36 S. Charles Street, 4th Floor                                    Philadelphia, Pennsylvania 19102
Baltimore, Maryland 21201                                        Tel: (215) 972-7737
(410) 209-4862                                                              joshua.richards@saul.com
Molissa.Farber@usdoj.gov                                        carolyn.toll@saul.com
Megan.Micco@usdoj.gov

                                                                                      Daniel M. Moore (Bar No. 21834)
*Counsel for Defendants*                                            SAUL EWING LLP
                                                                                      1001 Fleet Street, Ninth Floor
                                                                                      Baltimore, Maryland 21202-4359
                                                                                      Telephone: (410) 332-8734
                                                                                      Facsimile: (410) 332-8862
                                                                                      daniel.moore@saul.com

                                                                                      *Counsel for Plaintiffs*

2