UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-10548-MJJ |

**NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD**

Defendants' undersigned counsel hereby certifies that the administrative record was served upon Plaintiffs' counsel on May 23, 2025.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated:  May 23, 2025　　　　　By:　　*/s/ Michael L. Fitzgerald*
　　　　　　　　　　　　　　　　　　　　MICHAEL L. FITZGERALD
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Ste. 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3266
　　　　　　　　　　　　　　　　　　　　michael.fitzgerald2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                    */s/ Michael L. Fitzgerald*
                                                                    MICHAEL L. FITZGERALD
                                                                    Assistant U.S. Attorney

Dated:  May 23, 2025