# Attachment B

S336S230018 - 24
Beverley J Bell
University of Massachusetts Amherst
Coll: Education
Furcolo, College of Ed, Rm S103
Amherst, MA 01003

S336S230018 - 24

Alene Denson
University of Massachusetts Amherst
Coll: Education
Office of Research and Engagement
Venture Way Center, 100 Venture Way, Suite 201

Hadley, MA 01035

US Department of Education  
Washington, D.C. 20202

S336S230018 - 24

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>University of Massachusetts Amherst<br>Coll: Education<br>Office of Research and Engagement<br>Venture Way Center, 100 Venture Way, Suite 201<br>Hadley, MA 01035 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   S336S230018 - 24<br>ACTION NUMBER   5<br>ACTION TYPE   Administrative<br>AWARD TYPE   Discretionary |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Beverley J Bell           (413) 695-2169<br>  bjbell@umass.edu<br>EDUCATION PROGRAM CONTACT<br>  Diana Schneider           (202) 401-1456<br>  diana.schneider@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.336S<br>Para-to-Teacher Program for Early Childhood Education (ECE) Licensure in Massachusetts (Pre K-2) |

| | |
|---|---|
| **5** | **KEY PERSONNEL**<br><br>NAME                    TITLE                                  LEVEL OF EFFORT<br>Beverley J Bell         Project Director                              9 % |
| **6** | **AWARD PERIODS**<br><br>        BUDGET PERIOD        10/01/2024 - 02/12/2025<br>  PERFORMANCE PERIOD     10/01/2023 - 02/12/2025<br><br>FUTURE BUDGET PERIODS<br><br>N/A |
| **7** | **AUTHORIZED FUNDING**<br><br>              THIS ACTION          N/A<br>           BUDGET PERIOD     $234,827.00<br>      PERFORMANCE PERIOD   $497,760.00 |
| **8** | **ADMINISTRATIVE INFORMATION**<br><br>          UEI           VGJHK59NMPK9<br>   REGULATIONS      EDGAR AS APPLICABLE<br>                    2 CFR AS APPLICABLE<br>   ATTACHMENTS      N/A |
| **9** | **LEGISLATIVE AND FISCAL DATA**<br><br>  AUTHORITY:                 PL P.L. 110-315 TITLE II HIGHER EDUCATION ACT, AS AMENDED<br>  PROGRAM TITLE:             TEACHER QUALITY ENHANCEMENT GRANTS FOR STATE AND PARTNERSHIPS<br>  CFDA/SUBPROGRAM NO:        84.336S |



US Department of Education  
Washington, D.C. 20202

S336S230018 - 24

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S336S230018 - 24 |
| RECIPIENT NAME: | University of Massachusetts Amherst<br>Coll: Education |
| GRANTEE NAME: | UNIVERSITY OF MASSACHUSETTS |
| | 101 COMMONWEALTH AVE, |
| | AMHERST, MA 01003 - 9252 |
| PROGRAM INDIRECT COST TYPE: | Restricted |
| PROJECT INDIRECT COST RATE: | 8% |

TERMS AND CONDITIONS

(1) THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2) The grant is deemed to be inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. 200.340(a)(4); see also 34 C.F.R. 75.253.

_____    _____

**AUTHORIZING OFFICIAL**                         **DATE**

Ver. 1

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

    **\*REGULATIONS -**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

    **\*ATTACHMENTS -**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

    **FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.

    **AMOUNT -**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -**  Requirements of the award that are binding on the recipient.

    **\*PARTICIPANT NUMBER -**  The number of eligible participants the grantee is required to serve during the budget year.

    **\*GRANTEE NAME -**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

    **\*PROGRAM INDIRECT COST TYPE -**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

    **\*PROJECT INDIRECT COST RATE -**  The indirect cost rate applicable to this grant.

    **\*AUTHORIZING OFFICIAL -**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

    **CURRENT AWARD AMOUNT -**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

    **PREVIOUS CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant before this action.

    **CUMULATIVE AMOUNT -**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.