UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN,<br><br>     Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid; LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>     Defendants. | Case No. 1:25-cv-10548 |

**PLAINTIFFS' REQUEST TO VACATE THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS IN LIGHT OF THE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs respectfully submit this request to vacate the briefing schedule on Defendants' previously filed motion to dismiss in light of Plaintiffs' filing of their amended complaint as a matter of course. Plaintiffs received Defendants' motion on May 12, 2025, (Doc. No. 101) and received Defendants' production of the administrative record on May 23, 2025, (Doc. No. 109). Plaintiffs have since amended their complaint with additional allegations and causes of action. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs may amend the complaint "as a matter of course . . . 21 days after service of a motion under Rule 12(b), (e), or (f)." *Lu v. Davis*, 2020 WL 7408278, at \*7 (D. Mass. Nov. 2, 2020) (cleaned up). Here, Defendants served their Rule 12(b) motion to

dismiss on May 12, 2025 and, pursuant to Rule 15(a)(1)(B), Plaintiffs have timely filed this amended complaint 21 days after service of the motion and after reviewing Defendants' production of the administrative record.[1] (Doc. No. 101).

Plaintiffs' amended complaint moots Defendants' motion to dismiss. *See, e.g.*, *Connectu LLC v. Zuckerberg*, 522 F.3d 82, 91 (1st Cir. 2008) ("An amended complaint, once filed, normally supersedes the antecedent complaint. Thereafter, the earlier complaint is a dead letter and no longer performs any function in the case." (cleaned up)); *Scott v. Oklahoma Student Loan Auth.*, 2024 WL 4765692, at *2 (D. Mass. Feb. 7, 2024) ("[B]ecause an amended complaint supersedes an original complaint and renders it null and void, it renders moot any pending motions to dismiss the original complaint."); *Collymore v. Tannery*, 2019 WL 134615, at *1 (D. Mass. Jan. 8, 2019) ("Tannery's motion to dismiss the original complaint (ECF No. 14) was no longer operative upon Collymore's filing of the amended complaint, as ordered by the Court. Accordingly, Tannery's motion to dismiss the original complaint (ECF No. 14) is DENIED as MOOT.").

Under the briefing schedule set by the Court on Defendants' motion to dismiss, as modified by the Court's order (Doc. No. 111), Plaintiffs' response to Defendants' motion is due on June 6, 2025, and Defendants' reply is due on June 20, 2025. Accordingly, in light of Plaintiffs' filing of their amended complaint and the resultant mooting of Defendants' motion to dismiss, Plaintiffs request that the Court vacate the current briefing schedule. Plaintiffs will reach out to counsel for the Defendants and hope to confer and provide a joint status update to the Court in short order.

Dated: June 2, 2025                                                    Respectfully submitted,

---

[1] Plaintiff States' review is not complete with respect to ensuring the whole record has been produced, and Plaintiff States reserve all rights in this regard.

| | |
|---|---|
| **ROB BONTA** <br> Attorney General <br> State of California <br><br> By: /s/ *Alexis Piazza* <br> Laura L. Faer* <br> *Supervising Deputy Attorney General* <br> Alexis Piazza* <br> Heidi Joya* <br> Garrett Lindsey* <br> Dennis Ojogho* <br> *Deputy Attorneys General* <br> Michael L. Newman* <br> *Senior Assistant Attorney General* <br> 1515 Clay St. <br> Oakland, CA 94612 <br> (510) 879-3304 <br> Laura.Faer@doj.ca.gov <br> Alexis.Piazza@doj.ca.gov <br> Heidi.Joya@doj.ca.gov <br> Michael.Newman@doj.ca.gov <br> Garrett.Lindsey@doj.ca.gov <br> Dennis.Ojogho@doj.ca.gov | **ANDREA JOY CAMPBELL** <br> Attorney General <br> Commonwealth of Massachusetts <br><br> By: /s/ *Adelaide Pagano* <br> Megan Barriger (BBO #687707) <br> *Senior Trial Counsel* <br> Adelaide Pagano (BBO #690518) <br> *Assistant Attorney General* <br> Yael Shavit (BBO #695333) <br> *Chief, Consumer Protection Division* <br> Chris Pappavaselio (BBO #713519) <br> Matthew Lindberg (BBO #633630) <br> *Assistant Attorneys General* <br> 1 Ashburton Pl. <br> Boston, MA 02108 <br> (617) 963-2038 <br> megan.barriger@mass.gov <br> adelaide.pagano@mass.gov <br> yael.shavit@mass.gov <br> chris.pappavaselio2@mass.gov |

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*
*Civil Rights Bureau Chief*
Monica Hanna*
Rabia Muqaddam*
*Special Counsels*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857

4

Alex Finkelstein*  
Wil Handley*  
Kathryn Meyer*  
*Assistant Attorneys General*  
28 Liberty Street  
New York, New York 10005  
(212) 416-8250  
sandra.park@ag.ny.gov

(608) 266-0810  
bibbaj@doj.state.wi.us

\*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/Adelaide Pagano*
                                                      Adelaide Pagano (BBO# 690518)
                                                      *Assistant Attorney General*

Dated:  June 2, 2025