UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-10548-AK |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff States and Defendants respectfully request leave to modify the briefing schedule on Defendants' forthcoming Motion to Dismiss Plaintiffs' First Amended Complaint. Specifically, Defendants request that the Court extend the time for filing the Motion to Dismiss by six (6) days from Tuesday June 24, 2025, to Monday June 30, 2025. Plaintiffs likewise request that the Court extend Plaintiffs' deadline to file their Opposition to Defendants' Motion to Dismiss by seven (7) days to Monday July 21, 2025. Defendants would then file their Reply Brief in the ordinary course on Monday July 28, 2025.

Likewise, the Parties respectfully request that the Court enlarge the page limit for Defendants' Motion to Dismiss and for Plaintiffs' Opposition to the Motion to Dismiss by ten pages each, from twenty (20) pages to thirty (30) pages.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that the Court grant this joint motion extending the deadlines for the filing of Defendants' Motion to Dismiss to June 30, 2025, and for Plaintiffs' Opposition to the Motion to Dismiss to July 21, 2025, and that the Court enlarge the page limits for both briefs by 10 pages.

Dated: June 13, 2025											Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

By: */s/ Alexis Piazza*
Laura L. Faer*
*Supervising Deputy Attorney General*
Alexis Piazza*
Heidi Joya*
Garrett Lindsey*
Dennis Ojogho*
*Deputy Attorneys General*
Michael L. Newman*
*Senior Assistant Attorney General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
Laura.Faer@doj.ca.gov
Alexis.Piazza@doj.ca.gov
Heidi.Joya@doj.ca.gov
Michael.Newman@doj.ca.gov
Garrett.Lindsey@doj.ca.gov
Dennis.Ojogho@doj.ca.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Megan Barriger (BBO #687707)
*Senior Trial Counsel*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
Chris Pappavaselio (BBO #713519)
Matthew Lindberg (BBO #633630)
*Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2038
megan.barriger@mass.gov
adelaide.pagano@mass.gov
yael.shavit@mass.gov
chris.pappavaselio2@mass.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda I. Morejón (BBO #696737)
Jessica L. Palmer*
Lauren E. Van Driesen*
Elizabeth R. Walsh*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov
Jessica.Palmer@law.njoag.gov
Lauren.VanDriesen@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Darren Kinkead*
Darren Kinkead*
*Public Interest Counsel*
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

**LETITIA JAMES**
Attorney General
State of New York

By: */s/ Sandra Park*
Sandra Park*
*Civil Rights Bureau Chief*
Monica Hanna*
Rabia Muqaddam*
Special Counsels
Alex Finkelstein*
Wil Handley*
Kathryn Meyer*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8250
sandra.park@ag.ny.gov

**ANTHONY G. BROWN**
Attorney General
State of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson†
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
VWilliamson@oag.state.md.us

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us

*admitted pro hac vice
†motion for admission pro hac vice forthcoming*

*Counsel for Plaintiff States*

3

LEAH B. FOLEY
United States Attorney

By: <u>/s/ *Michael Fitzgerald*</u>

MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                       */s/ Adelaide Pagano*
                                                       Adelaide Pagano (BBO# 690518)
                                                       Assistant Attorney General

Dated:  June 13, 2025