



**U.S. Department of Justice**

***Leah B. Foley***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 13, 2025

**BY HAND**

Miguel Lara
Courtroom Clerk to the
Honorable Angel Kelley
United States District Court for the District of Massachusetts

Re:     <u>State of California et al v. U.S Department of Education et al</u>, No. 25-cv-10548-AK

Mr. Lara,

    As discussed at the June 13, 2025 status conference in the above-captioned matter, please see enclosed a flash drive containing a courtesy copy of the Certified Administrative Record, which was previously produced to Plaintiffs. Please do not hesitate to let me know of any questions or issues with accessing the document.

                             Very truly yours,

                             /s/ Michael L. Fitzgerald
                             Michael L. Fitzgerald
                             Assistant U.S. Attorney

cc (BY EMAIL, w/o enclosure):

Adelaide H. Pagano
adelaide.pagano@mass.gov

Alexis Martin Piazza
alexis.piazza@doj.ca.gov