UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | Civil Action No. 25-10548-AK |

**JOINT REQUEST TO APPEAR TELEPHONICALLY OR BY REMOTE MEANS AT SCHEDULING CONFERENCE**

Plaintiff States and Defendants make this joint request to appear telephonically or by other remote means at the Scheduling Conference set for February 6, 2026, at 12:00 p.m. ECF No. 136. In support of this Joint Request, the Parties state as follows:

**BASIS FOR REQUESTED RELIEF**

1. On January 15, 2026, this Court set a Scheduling Conference for February 6, 2026, at 12:00 p.m. ECF No. 136.

2. As set forth by this Court's Standing Order Regarding the Court's Scheduling Practices, the Scheduling Conference shall be held in person, unless the parties jointly request a remote hearing at least two business days before the Scheduling Conference. ECF No. 136.

3. This case is brought by eight Plaintiff States. Accordingly, lead counsel for most Plaintiffs in this action are located outside of the state of Massachusetts, including counsel intending to attend the Scheduling Conference.

4. The costs that would be incurred for these attorneys to appear in person at the Scheduling Conference, in terms of both travel and time charges, will be considerable. The Parties

respectfully submit that permitting their counsel to appear telephonically or by other remote means would advance the interests of justice by conserving financial resources.

5. Furthermore, the Parties respectfully submit that counsel's ability to respond to any questions this Court may have at the Scheduling Conference will not be diminished if counsel are permitted to appear telephonically or by other remote means.

6. Consistent with the Court's Standing Order and Local Rule 16.1, the Parties will meet and confer regarding whether the Parties may jointly recommend a proposed schedule which the Court may adopt in lieu of holding a Scheduling Conference. In the meantime, and so that counsel for the Parties may make all necessary plans, the Parties submit this joint request.

WHEREFORE, and by reason of the foregoing, the Parties jointly request that the Court permit the Parties to appear telephonically or by remote means for the February 6, 2026, Scheduling Conference.

Dated: January 22, 2026                                          Respectfully submitted,


**ROB BONTA**                                          **ANDREA JOY CAMPBELL**
Attorney General                                       Attorney General
State of California                                    Commonwealth of Massachusetts

By: */s/ Alexis Piazza*                                By: */s/ Megan Barriger*
Laura L. Faer*                                         Megan Barriger (BBO #687707)
*Supervising Deputy Attorney General*                  *Senior Trial Counsel*
Alexis Piazza*                                         Adelaide Pagano (BBO #690518)
Heidi Joya*                                            *Assistant Attorney General*
Garrett Lindsey*                                       Yael Shavit (BBO #695333)
Dennis Ojogho*                                         *Chief, Consumer Protection Division*
*Deputy Attorneys General*                             Chris Pappavaselio (BBO #713519)
Michael L. Newman*                                     Matthew Lindberg (BBO #633630)
*Senior Assistant Attorney General*                    *Assistant Attorneys General*
1515 Clay St.                                          1 Ashburton Pl.
Oakland, CA 94612                                      Boston, MA 02108

(510) 879-3304  
Laura.Faer@doj.ca.gov  
Alexis.Piazza@doj.ca.gov  
Heidi.Joya@doj.ca.gov  
Michael.Newman@doj.ca.gov  
Garrett.Lindsey@doj.ca.gov  
Dennis.Ojogho@doj.ca.gov  

(617) 963-2038  
megan.barriger@mass.gov  
adelaide.pagano@mass.gov  
yael.shavit@mass.gov  
chris.pappavaselio2@mass.gov  

**JENNIFER DAVENPORT**  
Acting Attorney General  
State of New Jersey  

By: /s/ Amanda I. Morejón  
Amanda I. Morejón (BBO #696737)  
Jessica L. Palmer*  
Lauren E. Van Driesen*  
Deputy Attorneys General  
124 Halsey Street, 5th Floor  
Newark, NJ 07101  
(609) 696-5279  
Amanda.Morejon@law.njoag.gov  
Jessica.Palmer@law.njoag.gov  
Lauren.VanDriesen@law.njoag.gov  

**PHILIP J. WEISER**  
Attorney General  
State of Colorado  

By: /s/ David Moskowitz  
David Moskowitz*  
Deputy Solicitor General  
1300 Broadway, #10  
Denver, CO 80203  
(720) 508-6000  
David.Moskowitz@coag.gov  

**KWAME RAOUL**  
Attorney General  
State of Illinois  

By: /s/ Darren Kinkead  
Darren Kinkead*  
*Public Interest Counsel*  
115 South LaSalle Street  
Chicago, IL 60603  
(773) 590-6967  
Darren.Kinkead@ilag.gov  

**ANTHONY G. BROWN**  
Attorney General  
State of Maryland  

By: /s/ Virginia A. Williamson  
Virginia A. Williamson†  
*Assistant Attorney General*  
200 Saint Paul Place, 20th Floor  
Baltimore, Maryland 21202  
(410) 576-6584  
VWilliamson@oag.state.md.us  

**LETITIA JAMES**  
Attorney General  
State of New York  

By: /s/ Sandra Park  

**JOSHUA L. KAUL**  
Attorney General  
State of Wisconsin  

By: /s/ Aaron J. Bibb  

3

| | |
|---|---|
| Sandra Park* | Aaron J. Bibb* |
| *Civil Rights Bureau Chief* | *Assistant Attorney General* |
| Monica Hanna* | 17 West Main Street |
| Rabia Muqaddam* | Post Office Box 7857 |
| Special Counsels | Madison, Wisconsin 53707-7857 |
| Alex Finkelstein* | (608) 266-0810 |
| Wil Handley* | bibbaj@doj.state.wi.us |
| Kathryn Meyer* | |
| *Assistant Attorneys General* | |
| 28 Liberty Street | |
| New York, New York 10005 | |
| (212) 416-8250 | |
| sandra.park@ag.ny.gov | |

*admitted pro hac vice
†motion for admission pro hac vice forthcoming*

*Counsel for Plaintiff States*


LEAH B. FOLEY
United States Attorney

By: /s/ *Michael Fitzgerald*

MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov


*Counsel for Defendants*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Megan Barriger*
      Megan Barriger (BBO #687707)
      Assistant Attorney General

Dated: January 22, 2026