UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF EDUCATION, et al,

        Defendants.

Case No. 25-cv-10548-AK

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in their favor, and oppose Plaintiffs' motion for summary judgment. As grounds for their cross-motion, Defendants state that there is no genuine issue of material fact in this proceeding, and that as a matter of law, judgment should be issued in their favor. In further support, Defendants rely upon the reasons set forth in their accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiffs' motion for summary judgment and grant Defendants' cross-motion for summary judgment.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 1, 2026

By:   */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney
