**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; and STATE OF WISCONSIN,

Plaintiffs,

v.

U.S. DEPARTMENT OF EDUCATION; DENISE CARTER, in her official capacity as former Acting Secretary of Education; and LINDA MCMAHON, in her official capacity as Secretary of Education,

Defendants.

Civil Action No. 25-CV-10548-AK

**FINAL JUDGMENT**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Memorandum and Order [Dkt. 176] entered on September 17, 2026, it is hereby **ORDERED**:

Judgment entered for the Plaintiffs.

By the Court,

/s/ Courtney Horvath
Deputy Clerk

Dated: September 17, 2026